IN THE U.S. DISTRICT COURT IN PORTLAND, OREGON

CRAIG BELKNAP,
PETITIONER

v.

① PENNSYLVANIA STATE;
② WISCONSIN STATE;
③ MICHIGAN STATE;
④ VIRGINIA STATE;
⑤ CALIFORNIA STATE; ET AL,
⑥ THE UNITED STATES,
   RESPONDENTS

CASE NO. FILED 9 NOV '20 11:03 USDC-OR
3:20-cv-1968 MO

REQUEST FOR A HEARING AND FOR EMERGENCY INJUNCTIONS AND TEMPORARY RESTRAINING ORDERS

AND MOTION TO PROCEED IN FORMA PAUPERIS

I, CRAIG MURRAY BELKNAP, FILE THIS LAWSUIT, PRO SE, IN THE U.S. DISTRICT COURT IN PORTLAND, OREGON, PURSUANT TO THE 5TH, 14TH, AND 1ST AMENDMENTS. PURSUANT TO TITLE 28 USC §1746, I SWEAR THAT I AM AN INJURED PARTY AND THAT I AM NOT AN ATTORNEY.

I AM INDIGENT. ERGO, I ASK THE U.S. DISTRICT COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS LAWSUIT; AND I ASK THE COURT TO WAIVE FILING FEES.

PURSUANT TO THE U.S. CONSTITUTION, THE STATE LEGISLATURES ALONE HAVE AUTHORITY TO AUTHOR ELECTION LAWS. EVEN SO, THE GOVERNORS OF PENNSYL-

PAGE 1 OF 8

vania, Wisconsin, Michigan, Virginia, California, (among others), have ILLEGALLY AND UNCONSTITUTIONALLY written AD HOC election laws via the use of unlawful "executive orders." Those "executive orders" are unconstitutional and FACIALLY INVALID. (NOTA BENE: The executive orders those governors made, ILLEGALLY and UNCONSTITUTIONALLY (and negatively), affect all Americans, myself included, [and all Oregonians].)

(I)

The Democrat Party, (in a BRAZEN POWER GRAB), is attempting to steal this election! I am an injured party hence I have standing, and hence I am filing this emergency petition seeking appropriate judicial injunctions.

Moreover, it is incontrovertible that I will prevail on the merits in the federal courts in this lawsuit, and vis-a-vis all of

[PAGE 2 OF 8]

MY PETITIONS FOR JUDICIAL RELIEF.

I ASK FOR AN ORDER PROHIBITING THOSE STATE GOVERNORS FROM IMPLEMENTING THEIR "EXECUTIVE ORDERS" RELATIVE TO THE U.S. ELECTION OF 2020.

(II)

LIKEWISE, SINCE THE AUTHORITY TO WRITE ELECTION LAWS IS SOLELY, (PURSUANT TO THE U.S. CONSTITUTION) VESTED IN THE LEGISLATURES OF THE FIFTY STATES:

ERGO, STATE AND FEDERAL JUDGES LACK THE CONSTITUTIONAL AUTHORITY TO WRITE, ENACT, OR ENFORCE ANY ELECTION LAWS THAT ARE "SUI GENERIS" OR AUTHORED BY SAID JUDGES.

PURSUANT TO THE U.S. CONSTITUTION, STATE AND FEDERAL JUDGES SHALL NOT WRITE ELECTION LAWS. THAT AUTHORITY AND THOSE POWERS RESIDE EXCLUSIVELY IN THE STATE LEGISLATURES. [SEE

(PAGE 3 OF 8)

"THE SEPARATION OF POWERS."]

CONSEQUENTLY, THE RECENT ELECTION LAWS WRITTEN BY STATE AND FEDERAL JUDGES COVERING PENNSYLVANIA, WISCONSIN, MICHIGAN, VIRGINIA, CALIFORNIA, (INTER ALIA), ARE UNCONSTITUTIONAL, FACIALLY INVALID, AND FACIALLY VOID! [NOTA BENE: AND THUSE JUDICIAL FIATS NEGATIVELY AFFECT ALL AMERICANS, AND ALL OREGONIANS, MYSELF INCLUDED, ILLEGALLY AND UNCONSTITUTIONALLY.]

## CONCLUSION

(1) BECAUSE THE U.S. CONSTITUTION GUARANTEES MY VICTORY IN THIS LAWSUIT;

(2) BECAUSE I AM AN INJURED PARTY;

(3) BECAUSE THE INJURY I WOULD EXPERIENCE IS ENORMOUS AND TEMPORALLY IMMINENT;

(4) BECAUSE 330 MILLION OTHER AMERICANS

(PAGE 4 OF 8)

AND SEVERAL MILLION OREGONIANS WOULD SUFFER CATASTROPHIC, IMMINENT, IRREPARABLE, AND PERMANENT INJURY;

(A) I ASK FOR A FULL HEARING BEFORE THE U.S. DISTRICT COURT IN PORTLAND, OREGON, AND

(B) I ASK FOR THE FOLLOWING EMERGENCY JUDICIAL INJUNCTIONS:

(☆) THAT THE STATES OF PENNSYLVANIA, WISCONSIN, MICHIGAN, VIRGINIA, CALIFORNIA, ET AL, BE ENJOINED AND REQUIRED TO IMMEDIATELY STOP ALL VOTE COUNTING FROM THE 2020 ELECTION, PENDING PLENARY JUDICIAL REVIEW BY THE U.S. DISTRICT/CIRCUIT COURT IN PORTLAND, OREGON.

I FURTHER ASK THE U.S. SUPREME COURT TO APPOINT FOR ME, AT GOVERNMENT EXPENSE, AN ATTORNEY TO REPRESENT ME IN THIS LAWSUIT.

(PAGE 5 OF 8)

BECAUSE TEMPUS FUGIT, I ASK FOR JUDICIAL INJUNCTIONS/TEMPORARY RESTRAINING ORDERS TO GIVE ME RELIEF AS SOON AS POSSIBLE.

AND I ASK FOR A HEARING ON THE ISSUES DISCUSSED IN THIS LAWSUIT AS SOON AS POSSIBLE, LEST TIME DELAYS OCCUR PROVING FATAL TO MY CAUSE OF ACTION, AND CATASTROPHIC TO THE CONSTITUTIONAL AND CIVIL RIGHTS OF 330 MILLION AMERICANS, AND FIVE MILLION OREGONIANS.

THANK YOU.

*[signature]*
[CRAIG BELKNAP]
PETITIONER, PRO SE

WED, 4 NOVEMBER, 2020
DATE

## AFFIDAVIT OF INDIGENCY

I AM AN AMERICAN CITIZEN, AN OREGONIAN, A NON-LAWYER, AND INDIGENT. I ASK THE COURT TO APPOINT A LAWYER TO REPRESENT ME.

[PAGE 6 OF 8]

AND I ASK FILING FEES TO BE WAIVED.

PETITIONER: [signature] CRAIG BELKNAP

DATE: WED, 4 NOVEMBER, 2020

## ADDENDUM

A RELEVANT, A POSITIVE, APT, AND CONGRUENT RECENT COURT DECISION THAT SUPPORTS AND BUTTRESSES MY ARGUMENTS, AND THAT THE U.S. DISTRICT/CIRCUIT COURT SHOULD TAKE JUDICIAL NOTE OF:

ON TUESDAY, 3 NOVEMBER, 2020, THE CALIFORNIA SUPREME COURT RULED THAT CALIFORNIA GOVERNOR GAVIN NEWSOM VIOLATED THE CONSTITUTION AND ACTED WITHOUT THE AUTHORITY WHEN HE SIGNED AN "EXECUTIVE ORDER" MANDATING "VOTE-BY-MAIL" TO BE INSTITUTED STATE-WIDE WITHOUT JUDICIAL REVIEW AND WITHOUT THE CALIFORNIA STATE LEGISLATURE ENACTING SUCH A LAW.

(PAGE 7 OF 8)

- LIKEWISE, STATE GOVERNORS, (viz., of PENNSYLVANIA, WISCONSIN, MICHIGAN, VIRGINIA), VIOLATED THE U.S. CONSTITUTION WHEN THEY ENACTED NEW VOTING LAWS ON THEIR WHIMS, WITHOUT LEGISLATIVE ACTION.

LIKEWISE, THE STATE JUDGES OF THOSE FOUR STATES WERE ACTING WITHOUT CONSTITUTIONAL AUTHORITY WHEN THEY, ON A WHIM, ENACTED NEW STATE ELECTION LAWS, FROM THE BENCH.

LIKEWISE, FEDERAL JUDGES COVERING THOSE FOUR STATES ACTED BEYOND THE SCOPE OF THEIR CONSTITUTIONAL AUTHORITY WHEN THEY, BY ACT OR OMISSION, SUPPORTED THE WHIMS OF NON-LEGISLATIVE PERSONS TO CREATE, OUT OF THIN AIR, ILLEGAL ELECTION LAWS.

ALL AMERICANS, OREGONIANS, AND I ARE BEING DISENFRANCHISED!

(PAGE 8 OF 8)