IN THE U.S. DISTRICT COURT
IN PORTLAND, OREGON

FILED 10 NOV '20 10:33 USDC-ORP

CRAIG BELKNAP,
    PETITIONER

V.

① PENNSYLVANIA STATE;
② WISCONSIN STATE;
③ MICHIGAN STATE;
④ VIRGINIA STATE;
⑤ CALIFORNIA STATE;
⑥ ARIZONA STATE, ET AL
        RESPONDENTS

CASE NO. 3:20-cv-1968 MO

SUPPLEMENT TO MY PETITION
FOR INJUNCTIVE RELIEF.

YESTERDAY, I MAILED TO YOUR COURT A PETITION

FOR JUDICIAL RELIEF: I SUPPORT PRESIDENT DONALD

TRUMP'S CLAIM THAT THE DEMOCRAT PARTY IS AT-

TEMPTING TO STEAL THE ELECTION, I ASKED THE COURT

TO ORDER MANDAMUS AND OTHER INJUNCTIVE RELIEF.

I ADD THIS SUPPLEMENT IN SUPPORT OF MY

WRIT OF MANDAMUS PETITION, AND IN SUPPORT OF MY

REQUEST FOR JUDICIAL INJUNCTIVE RELIEF.

SUPPLEMENT

WE READ ABOUT POLL WATCHERS HECKLED

AND ESCORTED OUT OF COUNTING ROOMS, AND

(PAGE 1 OF 3)

ESCORTED OUT OF COUNTING ROOMS, AND SHIELDS ERECTED OVER WINDOWS SO ELECTION WORKERS CAN WORK IN PRIVATE AND IN SECRET. THIS IS IN DETROIT, MICHIGAN, [AND PHOTOS ARE ON THE WEB.]

WE READ HOW ELECTION WORKERS HAVE BARRED POLL WATCHERS FROM OBSERVING THE COUNTING OF VOTES, SO THAT THE ELECTION WORKERS CAN WORK IN PRIVATE AND IN SECRET. THIS IS IN PHILADELPHIA, PENNSYLVANIA.

WE READ THAT ELECTION WORKERS GIVE CITIZENS "SHARPIES" TO CAST THEIR VOTE. THE ELECTION WORKERS REALIZE THAT 95% OF IN-PERSON VOTERS ARE REPUBLICANS. THE ELECTION WORKERS ARE DOING THIS IN ORDER TO CANCEL HUNDREDS OF THOUSANDS OF REPUBLICAN VOTES.

IT IS A WELL-KNOWN FACT THAT BALL-POINT PENS REGISTER IN VOTE TABULATING MACHINES,

PAGE 2 OF 3

AND THAT "SHARPIES" USUALLY DO NOT REGISTER
AT ALL, (OR, DUE TO PAPER-BLEEDING), MIS-

REGISTER OR WRONGLY REGISTER A VOTE.

MOREOVER, WHEN CONFRONTED BY POTENTIAL

VOTERS, (IN-PERSON VOTERS), THE ELECTION WORKERS

REFUSED TO LISTEN OR ACCOMODATE THEM,

BUT USUALLY INSULTED BERATED INTIMIDATED

MOCKED OR THREATENED THE VOTERS WHO EXPOSED

THIS VOTE FRAUD, THIS AS IN ARIZONA STATE.

PETITIONER, PRO SE: [CRAIG BELKNAP]
RESPECTFULLY SUBMITTED

DATE: FRIDAY, 6 NOVEMBER, 2020


PETITION FOR EMERGENCY INJUNCTIVE

JUDICIAL RELIEF VIA WRITS OF MANDAMUS




(PAGE 3 OF 3)