# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**CRAIG BELKNAP**  Case No.: 3:20−cv−01968−MO
   Petitioner,

v.

**PENNSYLVANIA STATE**
   Respondent.

## Civil Case Assignment Order

**1.**    **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . Hon. Michael W. Mosman
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . MO
>
> *These letters must follow the case number on all future filings.

**2.**    **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

>  Dawn Stephens 503−326−8024
>  Kara Scheele 503−326−8031
>  Email: chambers_mosman@ord.uscourts.gov

**3.**    **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

>  Telephone: 503−326−8050

**4.**    **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.**    **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.**    **Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**DATED:** November 12, 2020            **MARY L. MORAN**
                                              **Clerk of Court**

                                           by: /s/ E. Oss
                                                    E. Oss, Deputy Clerk