IN THE U.S. DISTRICT COURT
IN PORTLAND, OREGON

FILED 3 DEC '20 10:33 USDC-ORP

| | |
|---|---|
| CRAIG BELKNAP, PETITIONER | CASE NO. 20-CV-1968-MO |
| v. | LAWSUIT; WRIT OF MANDAMUS |
| (1) PENNSYLVANIA, ET AL, RESPONDENTS | |

SUPPLEMENT 8

(A)

FOUR BLUE [i.e., DEMOCRAT MAJORITY] COUNTIES IN FOUR SWING STATES — PENNSYLVANIA, WISCONSIN, GEORGIA, AND MICHIGAN — ALL STOPPED COUNTING VOTES ON THE NIGHT OF THE ELECTION! THIS IS <u>UNPRECEDENTED</u> AND <u>STILL HAS NOT BEEN EXPLAINED</u>!

BEFORE THE VOTE COUNTING STOPPED, DONALD TRUMP LOOKED LIKE HE WAS ON HIS WAY TO REELECTION. AFTER THE VOTE COUNTING RESTARTED <u>WILL YOU LOOK AT ALL THOSE BIDEN VOTES</u>! THE DEMOCRAT CRIMINALS GOT GREEDY! TOO GREEDY!

I'VE BEEN WATCHING NATIONAL ELECTIONS LATE INTO THE NIGHT SINCE 1980 — PRESIDENTIAL AND MIDTERM

PAGE 1 OF 5

ELECTIONS! I'VE NEVER SEEN A STATE STOP COUNTING! THIS HAPPENED NOVEMBER 3RD AND 4TH, 2020. THE DEMOCRATS AND GEORGE SOROS-OWNED "DOMINION VOTING SYSTEMS" ACTED WITH OBVIOUS AND OUTRAGEOUS CRIMINAL TREACHERY! THEY STOLE THE ELECTION, OPENLY AND BRAZENLY!

(B)

A LAWSUIT HAS BEEN FILED IN PENNSYLVANIA. THE LAWSUIT ARGUES THAT "ACT 77" IS UNCONSTITUTIONAL. THE LAWSUIT FILED BY REPRESENTATIVE [CONGRESS] MIKE KELLY, REPUBLICAN CONGRESSIONAL CANDIDATE SEAN PARNELL AND OTHERS, CHALLENGES THE CONSTITUTIONALITY OF "ACT 77". THE ACT, WHICH THE STATE LEGISLATURE PASSED AND GOVERNOR TOM WOLF (D) SIGNED IN OCTOBER 2019, EXPANDED MAIL-IN AND ABSENTEE VOTING IN THE PENNSYLVANIA COMMONWEALTH. THE LAWSUIT ARGUES THAT ANY CHANGES MADE TO MAIL-IN VOTING AND ABSENTEE BALLOTS MUST AND SHALL REQUIRE AN AMENDMENT TO THE COMMONWEALTH'S CONSTITUTION.

[PAGE 2 OF 5]

THE COURT MUST INTERVENE IMMEDIATELY IN ORDER TO PREVENT FURTHER, IRREPARABLE INJURY FROM THE RESULTING WRONG OF AN ELECTION CONDUCTED PURSUANT TO AN UNCONSTITUTIONAL AND INVALID MAIL-IN SCHEME AND AN UNCONSTITUTIONAL AND INVALID ABSENTEE BALLOT SCHEME.

(C)

MANY WITNESSES PUBLICLY ATTEST UNDER OATH TO VOTER IRREGULARITIES, OFFICIAL CRIMINAL WRONGDOING, AND OPPORTUNITIES FOR FRAUD DURING THE VOTING AND VOTE COUNTING PROCESS, PARTICULARLY SURROUNDING MAIL-IN BALLOTS. THERE ARE LITERALLY HUNDREDS OF SWORN AND SIGNED AFFIDAVITS GATHERED, DESCRIBING THE EVIDENCE THAT PROVES THE ELECTION WAS FRAUDULENT.

IN ADDITION

(1) THE REPUBLICAN POLL WATCHERS WERE BARRED FROM WITNESSING THE ACTUAL VOTE COUNTING PROCESS, WERE FORCED INTO PENS, WERE TREATED AGGRESSIVELY

[PAGE 3 OF 5]

AND OFTEN VIOLENTLY BY POLL WORKERS, [AND PLYWOOD BARRIERS WERE ERECTED TO PREVENT OBSERVATION.]

(2) INDEED, THE POLL WORKERS VIOLENTLY REMOVED MANY OF THE REPUBLICAN POLL WATCHERS FROM THE AREAS, SO THE POLL WATCHERS COULD NOT WATCH THE VOTE COUNTING.

(3) MANY CITIZENS TRIED TO VOTE BUT WERE TOLD THAT A MAIL-IN BALLOT HAD ALREADY BEEN SENT IN THEIR NAME.

(4) THE OBVIOUS IRREGULARITIES IN THE PROCESS PROVED THAT THE DEMOCRATS GOT SLOPPY IN THEIR ATTEMPTS AT VOTER FRAUD.

(5) THERE WERE SUDDEN JUMPS IN VOTES TALLIED FOR JOSEPH BIDEN IN THE LATE NIGHT AND EARLY MORNING WHICH WERE ALSO SUSPECT.

(6) PEOPLE WERE GETTING MULTIPLE BALLOTS SENT TO THEIR HOMES, AND DEAD PEOPLE WERE "REQUESTING BALLOTS."

(7) HUNDREDS OF THOUSANDS OF BALLOTS ALL JUST FOR BIDEN SHOWED UP AT 3 AM, JUST AFTER COUNTING STOPPED, AND REPUBLICAN POLL WATCHERS WERE SENT HOME. BETWEEN

450,000 TO MORE THAN A MILLION PENNSYLVANIA BALLOTS WERE RECEIVED WITH ONLY BIDEN VOTES, AND WITH NO "DOWN-BALLOT" VOTES, AN OBVIOUS FRAUD. [IT'S TOO TIME-CONSUMING FOR A CRIMINAL FRAUD TO COMPLETE THE ENTIRE BALLOT.] [NOTA BENE: "DOMINION VOTING SYSTEMS", (AMERICA'S NUMBER ONE AND MOST CORRUPT VOTING SYSTEM BUSINESS), IS OWNED BY "STAPLE STREET CAPITAL". "STAPLE STREET CAPITAL" IS OWNED BY GEORGE SOROS, INTERNATIONAL CRIMINAL. AND GEORGE SOROS PERSONALLY OWNS 75.2% OF "DOMINION VOTING SYSTEMS". GEORGE SOROS IS A GLOBALIST COMMUNIST WHO FUNDS AND SUPPORTS THE DEMOCRAT PARTY AND JOSEPH BIDEN. GEORGE SOROS WANTS TO ENSLAVE AND DESTROY AMERICA.]

I ASK FOR JUDICIAL REVIEW AND JUDICIAL INTERVENTION AND JUDICIAL RELIEF.

PETITIONER, PRO SE : CRAIG BELKNAP

DATE : THURSDAY, 26 NOVEMBER, 2020
LAWSUIT ; WRITS OF MANDAMUS     (PAGE 5 OF 5)