IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CRAIG BELKNAP,**

        Petitioner,                                No. 3:20-cv-01968-MO

    v.

                                                           JUDGMENT

**PENNSYLVANIA, WISCONSIN, MICHIGAN, VIRGINIA, CALIFORNIA, UNITED STATES, GEORGIA, ARIZONA, and NEVADA,**

        Respondents.

**MOSMAN, J.**,

    Based upon the Order of the Court [12], it is ordered and adjudged that this action is DISMISSED with prejudice. All pending motions are DENIED as moot.

    DATED this __14__ day of December, 2020.

                                                             *Michael W. Mosman*
                                                             MICHAEL W. MOSMAN
                                                             United States District Judge

1 – JUDGMENT