| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 11 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CRAIG BELKNAP,

        Plaintiff-Appellant,

 v.

PENNSYLVANIA; et al.,

        Defendants-Appellees.

No.   21-35327

D.C. No. 3:20-cv-01968-MO
District of Oregon,
Portland

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

This court has reviewed the notice of appeal filed April 22, 2021 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 98-80145. Because this court lacks jurisdiction over this appeal, it shall not be permitted to proceed. *See* 28 U.S.C. § 2107(b); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 21-35327 is therefore dismissed.

This order, served on the district court for the District of Oregon, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained.

MF/Pro Se

All pending motions are denied as moot.

**DISMISSED.**